UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN THE MATTER OF:<br><br>THE SEIZURE OF $19,000 IN UNITED STATES CURRENCY BY THE UNITED STATES POSTAL INSPECTION SERVICE | CASE NO. MC21-0090RSL<br><br>**ORDER EXTENDING GOVERNING CAFRA DEADLINE PURSUANT TO 18 U.S.C. § 983(a)(3)(A)** |

THIS MATTER comes before the Court on the Parties' *Stipulation and Request to the Court to Extend Governing CAFRA Deadline Pursuant to 18 U.S.C. § 983(a)(3)(A)*. In light of the Parties' agreement, pursuant to 18 U.S.C. § 983(a)(3)(A), the Court ORDERS:

1. The Civil Asset Forfeiture Reform Act ("CAFRA") deadline governing the administrative claim filed to the $19,000 in United States currency (the "Currency") is HEREBY EXTENDED from August 4, 2021, **to October 4, 2021**. Any criminal forfeiture allegation or civil forfeiture complaint that is ultimately filed by the United States against the Currency on or before October 4, 2021, will be treated as timely filed.

Order Extending Governing CAFRA Deadline - 1
*In the Matter of the Seizure of $19,000 in U.S. Currency by USPIS*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. The Currency will remain in the custody of the United States pending its adjudication in any criminal or civil forfeiture proceeding the United States files against it or—if the United States does not ultimately pursue the forfeiture of some or all of this Currency—until October 4, 2021.

IT IS SO ORDERED.

DATED this 4th day of August, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Court Judge

Presented by:

*/s Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Jehiel.Baer@usdoj.gov
*Counsel for the United States*

*/s Lee Phan*
LEE PHAN
807 SW 355th Court
Federal Way, Washington 98023
(206) 769-1553
lqvp337@gmail.com
*Claimant*

Order Extending Governing CAFRA Deadline - 2
*In the Matter of the Seizure of $19,000 in U.S. Currency by USPIS*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970